FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 28 2014

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. CUADRA, | Case No. CV 13-06425 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order directing the immediate payment of benefits or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: April 28, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE